OFFICE OF THE CLERK

**MARCIA M. WALDRON**
  CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

mc 07-149

<u>  Delaware       </u>   Clerk of District Court     Date <u>  07/30/07  </u>
  (District)

<u>In Re: Downes     </u>               C. of A. Nos. <u> 07-2968 </u>
  (Caption)

<u>William D. Downes Jr.</u>
  (Appellants)

<u>                       </u>
  (District Ct. No)

Enclosures:

<u>  07/30/07   </u>  <u>     </u> **Certified copy of C.of A. Order by the Court.**
  (Date)

<u>         </u>  Released (Record)

<u>         </u>  Copy of this form to acknowledge receipt and return to C. of A.

<u>         </u>  Record not released at this time until appeal(s) closed at No.(s)<u>        </u>

<u>         </u>  Please forward Certified List in Lieu of Record to this office.

<u>         </u>  The certified copy of the judgment reissued as the mandate on 1/11/07 is recalled.

                    <u>Charlene Crisden</u> (267)-299-<u>4923</u>
                       Deputy Clerk        Telephone Number

Receipt Acknowledge:

<u> E. Truckho </u>
  (Name)

<u>  8/1/07  </u>
  (Date)

                                                      Rev. 3/13/00
  Q                  Appeals (Certified List in Lieu of Record)

N:\CASEMGMT\Release.wpd

DLD-297                                                                                       July 12, 2007

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-2968**

07mc149

IN RE: WILLIAM D. DOWNES, JR.,
                        Petitioner

Present:      BARRY, AMBRO and FISHER, <u>CIRCUIT</u> JUDGES.

                Submitted is Petitioner's application under 28 U.S.C. § 2244 to file a second or successive petition under 28 U.S.C. § 2254 in the above-captioned case.

                                                  Respectfully,

                                                  Clerk

MMW/KLB/clc

_____ORDER_____

        The foregoing application to file a second or successive habeas petition is denied. <u>See</u> 28 U.S.C. § 2244(a). Petitioner has not made a prima facie showing that his claim rests on a new rule of constitutional law or that the facts underlying the new claim, if proven, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found him guilty. <u>See</u> 28 U.S.C. § 2244(b)(2).

                                                  By the Court,

                                                /s/ D. Michael Fisher
                                                Circuit Judge

Dated:    July 30, 2007

lwc/cc:      Mr. William D. Downes Jr.



A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk